LEROY PESTKA, Plaintiff-Appellee, *v.* SAFEWAY INSURANCE COMPANY, Defendant-Appellant—(SAFEWAY INSURANCE COMPANY, Third-Party Plaintiff-Appellant, *v.* STATE FARM INSURANCE COMPANY, Third-Party Defendant-Appellee.)

(No. 56908; ▮▮▮▮▮▮▮▮▮

First District (3rd Division)—May 10, 1973.

Opinion by Mr. JUSTICE McGLOON.

James J. Hoffnagle and Alfred C. Tisdahl, both of Chicago, for appellant.

Robert J. Parrillo, and David J. Weiss, both of Chicago, for appellee.